UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

                                                              DECISION AND ORDER

                                                              96-CR-6002L

                    v.

LEONARDO VAZQUEZ,

                    Defendant.
_____

      Defendant, Leonardo Vazquez, moves *pro se,* (Dkt. #68), to terminate early his term of supervised release. The Court has reviewed the petition and has also reviewed the memorandum dated March 11, 2010 from Vazquez's supervision probation officer in the Middle District of Florida who has no objection to the request for early termination.

      Therefore, I grant the petition (Dkt. #68) and hereby terminate the defendant Leonardo Vazquez from any and all terms of supervised release.

      IT IS SO ORDERED.

                                                         _____
                                                          DAVID G. LARIMER
                                                         United States District Judge

Dated: Rochester, New York
        March 26, 2010.